# United States District Court

<u>CENTRAL</u>   DISTRICT OF   <u>CALIFORNIA</u>

**FILED**
U.S. DISTRICT COURT
JAN - 3 2011
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES OF AMERICA
V.
**Andrew Tacawy**
**REG#: 40299-018**

**CRIMINAL COMPLAINT**

CASE NUMBER: 11 0001M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>November 25, 2010</u>, in <u>Los Angeles</u> County, in the Central District of California defendant <u>Tacawy, Andrew</u> did escape from the custody of United States Attorney General. In violation of Title <u>18</u> United States Code, Section(s) <u>751</u>.

I further state that I am a(n) <u>Deputy U.S. Marshal</u> and that this complaint is based on the following facts:

   On November 25, 2010 information was received from Wes J. Mayhew who is the Community Corrections Manager in Long Beach, California, relating that Tacawy, Andrew had escaped from Gateways Residential Re-Entry Center 1801 Lakeshore Avenue Los Angeles, CA 90026. **Tacawy, Andrew** is described as: White, Male, born in 1977, HEIGHT/5'09", WEIGHT/190lbs, HAIR/Black, EYES/Hazel. The institution and/or court records I reviewed indicate that on July 30, 2010 Tacawy, Andrew was sentenced to a term of 5 months and 2 Years Supervised Release by the United States District Court in the Central District of California, for violation of Title 18, United States Code, Section 1385, Supervised Release Violation in Case No. CR09-1201-AHM.

   Mr. Tacawy was found to be missing from the facility on November 25, 2010, at 22:30 hrs. The community Corrections, Long Beach duty phone was contacted, and Tacawy was placed on escape status on November 25, 2010 at 23:25 hrs.

Continued on the attached sheet and made a part hereof:   ☐Yes ☒No

Sworn to before me and subscribed in my presence,

/s/
Signature of Complaint
Juan Medrano
Deputy U.S. Marshal

January 3, 2011         at      Los Angeles, California
Date                            City and State

                                PATRICK J. WALSH
Name & Title of Judicial Officer    Signature of Judicial Officer

MT:vb (Warrant)